PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Crystal Dawn Bond        Docket No.        2:13CR00016-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Shane Moore, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Crystal Dawn Bond who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, Washington, on the 4th day of March 2013 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Advise supervising pretrial services officer and attorney within one business day of any charge, arrest, or contact with law enforcement.

**Condition #2:** Defendant shall immediately advise the Court and the United States Attorney in writing before any change in address.

**Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition # 24:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer.

**Condition # 28:** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** On March 17, 2013, the defendant was cited for Theft Third Degree in Stevens County, Washington. According to the incident report, the defendant shoplifted a Colt 45 Blast alcoholic drink.

**Violation # 2:** After release to pretrial supervision, the defendant reported a release address of 717 Highway 20 East, in Colville, Washington. On March 18, 2013, the undersigned officer and USPO Lerch attempted a home contact at the residence, but could not locate the defendant. Telephone contact with the defendant on March 19, 2013, revealed she had been staying with friends in the Colville, Washington, area and, at the time of the contact, was staying at a residence in Chewelah, Washington. The defendant failed to notify the Court, United States Attorney, or the U.S. Probation Office prior to changing her address. To this date, Ms. Bond has yet to report her address to the undersigned officer and her whereabouts are unknown.

**Violation # 3:** On March 20, 2013, the defendant was directed to report, in person, to the U.S. Probation Office by 4:00 p.m on March 21, 2013. The defendant did not report in person as directed.

PS-8
Re: Bond, Crystal Dawn
March 22, 2013
Page 2

**Violation # 4:** On March 21, 2013, the defendant was directed to report, in person, to the U.S. Probation Office by 10:00 a.m on March 22, 2013. The defendant did not report in person as directed.

**Violation # 5:** On March 4, 2013, the defendant was instructed to contact ADEPT services in Colville, Washington, to arrange a substance abuse evaluation. As of March 20, 2013, the defendant had failed to report to ADEPT as directed.

**Violation # 6:** On March 8, 20, 21, and 22, 2013, the defendant failed to report for urine testing as instructed.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/22/2013

by   s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Mar. 22, 2013 at 1:25 p.m.
Date